# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**IN THE MATTER OF CHRISTOPHER PRIMERO,**

Petitioner-Appellant.

**NO. 28,916**

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY**
**William G. Shoobridge, District Judge**

Christopher Primero
Hobbs, NM

Pro Se Appellant

## MEMORANDUM OPINION

**CASTILLO, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

Dismissed.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**


_____

**MICHAEL E. VIGIL, Judge**